The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCH INSURANCE CO., a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; COUNTRY MUTUAL INSURANCE CO., an Illinois corporation; and MUTUAL OF ENUMCLAW INSURANCE CO., a Washington corporation.<br>Defendants. | NO.  2:18-cv-01591-JCC<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS BETWEEN PLAINTIFF ARCH INSURANCE COMPANY AND DEFENDANTS COUNTRY MUTUAL INSURANCE COMPANY AND MUTUAL OF ENUMCLAW INSURANCE COMPANY** |

By and through their counsel of record, plaintiff Arch Insurance Company and defendants Country Mutual Insurance Company and Mutual of Enumclaw Insurance Company hereby stipulate that all claims and counterclaims between them herein should be dismissed with prejudice and without costs to any party.

**STIPULATION AND ORDER DISMISSING ALL CLAIMS BETWEEN PLAINTIFF ARCH INSURANC COMPANY AND DEFENDANTS COUNTRY MUTUAL INSURANCE COMPANY AND MUTUAL OF ENUMCLAW INSURANCE COMPANY**- 1
(Case No. 2:18-cv-01591-JCC)

Law Offices of
**HACKETT BEECHER & HART**
601 Union Street, Suite 2600
Seattle, Washington  98101-4000
(206) 624-2200

DATED this 2nd day of January 2020.

        By:s/Stephen Skinner
        Stephen Skinner, WSBA #17317
        Alison L. Markette, WSBA #46477
        ANDREWS SKINNER, P.S.
        645 Elliot Ave. W., Ste. 350
        Seattle, WA 98119
        Tel:  206-223-9248
        Stephen.skinner@andrews-skinner.com

        Attorneys or Plaintiff Arch Ins. Co.

DATED this 2nd day of January 2020.

        By: s/Sally E. Metteer
        David M. Jacobi, WSBA #13524
        Sally E. Metteer, WSBA #20869
        WILSON SMITH COCHRAN DICKERSON
        901 Fifth Avenue, Suite 1700
        Seattle, WA 98164
        Tel: (206) 623-4100
        jacobi@wscd.com
        metteer@wscd.com

        Attorneys for Defendant Country Mutual Ins. Co.

DATED this 2nd day of January 2020

        By: s/J. William Ashbaugh
        Brent W. Beecher, WSBA #31095
        J. William Ashbaugh, WSBA #21692
        HACKETT, BEECHER & HART
        601 Union Street, Suite 2600
        Seattle, WA  98101-4000
        Telephone: [206] 787-1830
        Email: bbeecher@hackettbeecher.com
              washbaugh@hackettbeecher.com
        Attorneys for Defendant Mutual of Enumclaw Insurance Co.

**STIPULATION AND ORDER DISMISSING ALL CLAIMS BETWEEN PLAINTIFF ARCH INSURANC COMPANY AND DEFENDANTS COUNTRY MUTUAL INSURANCE COMPANY AND MUTUAL OF ENUMCLAW INSURANCE COMPANY**- 2
(Case No. 2:18-cv-01591-JCC)

Law Offices of
**HACKETT BEECHER & HART**
601 Union Street, Suite 2600
Seattle, Washington  98101-4000
(206) 624-2200

**ORDER**

Based on the above Stipulation, it is hereby ORDERED that all claims and counterclaims between plaintiff Arch Insurance Company and defendants Country Mutual Insurance Company and Mutual of Enumclaw Insurance Company are dismissed with prejudice and without costs to any party.

DATED this ____ day of _____, 2020.

_____
John C. Coughenour
United States District Judge

STIPULATION AND ORDER DISMISSING ALL CLAIMS BETWEEN PLAINTIFF ARCH INSURANC COMPANY AND DEFENDANTS COUNTRY MUTUAL INSURANCE COMPANY AND MUTUAL OF ENUMCLAW INSURANCE COMPANY- 3
(Case No. 2:18-cv-01591-JCC)

Law Offices of
**HACKETT BEECHER & HART**
601 Union Street, Suite 2600
Seattle, Washington 98101-4000
(206) 624-2200

## DECLARATION OF SERVICE

I hereby declare that on January 2, 2020, I caused to be served the foregoing document on the following parties at the following addresses via the Court's CM/ECF electronic filing system:

Stephen Skinner, WSBA # 17317
ANDREWS SKINNER, PS
645 Elliot Ave W., Suite 350
Seattle, WA

Stephen.skinner@andrews-skinner.com

Attorneys for Plaintiff

David M. Jacobi
Sally E. Metteer
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050

jacobi@wscd.com
metteer@wscd.com

Attorneys for Defendant Country Mutual Insurance Company

Francis S. Floyd, WSBA# 10642
Brittany A. Madderra, WSBA# 48514
FLOYD, PFLUEGER & RINGER, P.S.
200 W. Thomas Street, Suite 500
Seattle, SA 98119

floyd@floyd-ringer.com
bmadderra@floyd-ringer.com

Attorneys for Defendant Safeco Insurance Company

SIGNED this 2nd day of January 2020.

                                 s/J. William Ashbaugh

**STIPULATION AND ORDER DISMISSING ALL CLAIMS BETWEEN PLAINTIFF ARCH INSURANC COMPANY AND DEFENDANTS COUNTRY MUTUAL INSURANCE COMPANY AND MUTUAL OF ENUMCLAW INSURANCE COMPANY- 4**
(Case No. 2:18-cv-01591-JCC)

Law Offices of
**HACKETT BEECHER & HART**
601 Union Street, Suite 2600
Seattle, Washington  98101-4000
(206) 624-2200