THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCH INSURANCE CO., a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation, *et al.*,<br><br>Defendants. | CASE NO. C18-1591-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff and Defendants Country Mutual Insurance Company and Mutual of Enumclaw Insurance Company have filed a stipulation and proposed order of dismissal (Dkt. No. 61). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and all claims and counterclaims between Plaintiff and Defendants Country Mutual Insurance Company and Mutual of Enumclaw Insurance Company are DISMISSED with prejudice and without an award of costs or attorney fees to any party.

//

//

MINUTE ORDER
[CASE #]
PAGE - 1

1   DATED this 3rd day of January 2020

2

3                                                           William M. McCool
                                                            Clerk of Court

4
                                                            s/Tomas Hernandez
5                                                           Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
[CASE #]
PAGE - 2