HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation, | NO. 2:18-cv-01591-JCC |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | **(CLERK'S ACTION REQUIRED)** |
| SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; COUNTRY MUTUAL INSURANCE CO., an Illinois corporation; and MUTUAL OF ENUMCLAW INSURANCE CO., a Washington corporation. | |
| Defendants. | |

PLEASE TAKE NOTICE that the parties have reached a settlement of all claims at issue in this lawsuit. A settlement agreement is in the process of being finalized. The parties propose that once the final payment obligations are fulfilled, a Stipulation and Order of Dismissal will be filed with the Court.

In light of the above, the parties request that this matter be stricken from the current trial docket and the parties be relieved from all deadlines in the Court's Scheduling Order.

NOTICE OF SETTLEMENT [2:18-cv-01591-JCC] - 1

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

1  This notice is being filed with the consent of all parties.

2  Dated this 8th day of January, 2020.

3                                                    ANDREWS SKINNER, P.S.

4

5  By: *s/ Stephen G. Skinner*
   By: *s/ Alison L. Markette*
        Stephen G. Skinner, WSBA #17317
6       Alison L. Markette, WSBA #46477
        645 Elliott Ave. W., Ste. 350
7       Seattle, WA 98119
        Telephone: 206-223-9248 | Fax: 206-623-9050
8       Email:  Stephen.skinner@andrews-skinner.com;
        Alison.markette@andrews-skinner.com
9       Attorneys for Plaintiff Arch Insurance Company

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

ANDREWS SKINNER, P.S.

By: *s/ Stephen G. Skinner*
  Stephen G. Skinner, WSBA #17317
  645 Elliott Ave. W., Ste. 350
  Seattle, WA 98119
  Telephone: 206-223-9248 | Fax: 206-623-9050
  Email: Stephen.skinner@andrews-skinner.com
  Attorney for Plaintiff Arch Insurance Company