THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation, <br><br> Plaintiff, <br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation, *et al.*, <br><br> Defendants. | CASE NO. C18-1591-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 64). Having thoroughly considered the notice and the relevant record, the Court hereby STRIKES the trial date and all pretrial deadlines in this matter. The Clerk is DIRECTED to strike Defendant Safeco Insurance Company's pending motion for attorney fees (Dkt. No. 54) and Plaintiff's motion for partial summary judgment (Dkt. No. 56). The Clerk is further DIRECTED to statistically close this case pending the parties' filing of a stipulation and proposed order of dismissal.

//

MINUTE ORDER
C18-1591-JCC
PAGE - 1

DATED this 9th day of January 2020.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk