THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCH INSURANCE CO., a Missouri corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation, *et al.*, <br><br> Defendants. | CASE NO. C18-1591-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff Arch Insurance Company and Defendant Safeco Insurance Company of America have filed a stipulation and proposed order of dismissal (Dkt. No. 67). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

MINUTE ORDER
C18-1591-JCC
PAGE - 1

DATED this 3rd day of March 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1591-JCC
PAGE - 2